**FILED**

MAR 0 2 2022

IN THE UNITED STATES DISTRICT COURT <sub>CLERK. U.S. DISTRICT COURT</sub>
FOR THE NORTHERN DISTRICT OF OHIO <sub>NORTHERN DISTRICT OF OHIO</sub>
WESTERN DIVISION <sub>TOLEDO</sub>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | **3:22 CR 79** |
| Plaintiff, | ) | **JUDGE ZOUHARY** |
| | ) | |
| v. | ) | CASE NO.___ MAG. JUDGE CLAY |
| | ) | Title 18, United States Code, |
| RICHARD HUTCHINSON | ) | Sections 922(a)(6), 922(d)(1), |
| MELISSA HUTCHINSON, | ) | 922(g)(1), and 924(a)(2) |
| | ) | |
| Defendants. | ) | |
| | ) | |

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1.      On or about December 15, 2021, in the Northern District of Ohio, Western Division, Defendant RICHARD HUTCHINSON, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Theft of Drugs, on or about August 2, 2010, in case number CR-201001737, in Lucas County Common Pleas Court and Robbery, on or about January 16, 2018, in case number CR-201702811 in Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, model 19, 9mm pistol bearing serial number BUBL008, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

ORIGINAL

<u>COUNT 2</u>
(False Statement in Connection with the Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

2.      On or about December 15, 2021, in the Northern District of Ohio, Western Division, Defendant MELISSA HUTCHINSON, in connection with the acquisition of a firearm, to wit: a Glock, model 19, 9mm pistol bearing serial number BUBL008, from Fast Cash Inc., dba Cashland, located at 5037 Lewis Ave., Toledo Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which was intended to deceive the firearms dealer, as to a fact material to the lawfulness of such sale of said firearm to Defendant under Chapter 44 of Title 18, in that she did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual buyer/transferee, knowing the statement was false, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

<u>COUNT 3</u>
(Disposing of a Firearm to a Felon, 18 U.S.C. §§ 922(d)(1) and 924(a)(2))

The Grand Jury further charges:

3.      On or about December 15, 2021, in the Northern District of Ohio, Western Division, Defendant MELISSA HUTCHINSON, did dispose of a firearm, to wit: a Glock, model 19, 9mm pistol bearing serial number BUBL008, to a person she knew or had reasonable cause to believe had been convicted of a crime punishable by imprisonment for more than one year, that being RICHARD HUTCHINSON, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2).

2

<u>COUNT 4</u>
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

4.        On or about January 6, 2022, in the Northern District of Ohio, Western Division, Defendant RICHARD HUTCHINSON, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Theft of Drugs, on or about August 2, 2010, in case number CR-201001737, in Lucas County Common Pleas Court and Robbery, on or about January 16, 2018, in case number CR-201702811 in Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a H&R, model Pardner, 410-guage shotgun, bearing serial number HY261189, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>COUNT 5</u>
(False Statement in Connection with the Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury further charges:

5.        On or about January 6, 2022, in the Northern District of Ohio, Western Division, Defendant MELISSA HUTCHINSON, in connection with the acquisition of a firearm, to wit: a H&R, model Pardner, 410-guage shotgun, bearing serial number HY261189, from Fast Cash Inc., dba Cashland, located at 5037 Lewis Ave., Toledo Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which was intended to deceive the firearms dealer, as to a fact material to the lawfulness of such sale of said firearm to Defendant under Chapter 44 of Title 18, in that she did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that she was the actual

3

buyer/transferee, knowing the statement was false, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 6
(Disposing of a Firearm to a Felon, 18 U.S.C. §§ 922(d)(1) and 924(a)(2))

The Grand Jury further charges:

6. On or about January 6, 2022, in the Northern District of Ohio, Western Division, Defendant MELISSA HUTCHINSON, did dispose of a firearm, to wit: a H&R, model Pardner, 410-guage shotgun, bearing serial number HY261189, to a person she knew or had reasonable cause to believe had been convicted of a crime punishable by imprisonment for more than one year, that being RICHARD HUTCHINSON, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(2). ·

## FORFEITURE

The Grand Jury further charges:

7. The allegations of Counts 1 through 6 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).  As a result of the foregoing offense, Defendants RICHARD HUTCHINSON and MELISSA HUTCHINSON shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of such offenses.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

4