Page 1 of 2

# POLICE REPORT

TOLEDO POLICE
DEPARTMENT, TOLEDO OH

☐ NoCrime ☒ Crime ☐ Supplement

| VICTIM | RB # |
|---|---|
| HUTCHINSON, RICHARD PATRICK | ■■■■■■ |
| Location of Occurrence ■■■■■■■■■■ | CAD # ■■■■■■ |
| Location Type HOME,  SINGLE FAMILY | Supplement Date and Time |

| Occurred Date and Time 03/11/2020 21:45 - 03/11/2020 22:00 | Reported Date and Time 03/12/2020 11:56 | Using | ☐ Alcohol ☐ Comp Equip | ☐ Drugs ☐ Not App |
|---|---|---|---|---|

**O F F E N S E S**

| Offense Description 1. CRIMINAL DAMAGING OR ENDANGERING PROPERTY | Violation 2909.06 ORC | A/C C | F/M & Degree M2 |
|---|---|---|---|

| | Vict # 1 | #Victims Total 2 | Victim Type | ☒ Individual ☐ Business | ☐ Financial Institution ☐ Government | ☐ Police Officer (in the line of duty) ☐ Religious Organization | ☐ Society ☐ Unknown | ☐ Other | ☐ Student ☐ Staff | ☐ Faculty ☐ Other Person |
|---|---|---|---|---|---|---|---|---|---|---|

**V I C T I M**

**V I C T I M**

**W I T N E S S**

**V E H I C L E**

| Report Made By: Officer(s) Name(s) I.D.# Unit No./Section 2037 MOORE, M  120 DAY | Car # 123 | Officer Assigned to Case | Camera on Scene **Yes** Camera Active **Yes** | Supervisor's Approval 2096 KIKOLSKI, L |
|---|---|---|---|---|

Rev. 2014-09-12

| DISPOSITION R  REPORT WRITTEN | DATE 03/12/2020 |
|---|---|

# POLICE REPORT
## TOLEDO POLICE
DEPARTMENT, TOLEDO OH

| VICTIM | RB # |
|---|---|
| HUTCHINSON, RICHARD PATRICK | CAD # |

Page 2 of 2

## SUSPECT

| Susp # | Juvenile | Check Appropriate Category | | | Student / Staff | Faculty / Other Person | Warrant Issued | Charges Filed? |
|---|---|---|---|---|---|---|---|---|
| 1 | ☐ | ☐ Runaway ☐ Missing ☐ Other ____ | | | ☐ Student ☐ Staff | ☐ Faculty ☐ Other Person | ☐ Warrant Issued | |

| Name (Last, First, Middle) | | | Phone |
|---|---|---|---|
| UNKNOWN | | | |

| Alias | FBI | BCI | RID |
|---|---|---|---|
| | | | |

| Address (Street, Apt., City, State, Zip) | SSN | Alt. Phone |
|---|---|---|
| | | |

| Place of Birth | *Resident Status | Driver's License & State | Marital Status |
|---|---|---|---|
| | UNKNOWN | | |

| *Age | *DOB | *Race | *Sex | *Hgt | *Wgt | *Hair | *Eyes | Potential Injuries? |
|---|---|---|---|---|---|---|---|---|
| Not | | Unknown | Unknown | | | | | |

| Statements Obtained ☐ Y ☒ N | Type: ☐ Written ☐ Oral ☐ Taped ☐ Other | Gang Affiliation |
|---|---|---|

| Suspected of Using ☐ Alcohol ☐ Drugs | Armed With | Arrest Type  1. ☐ Complaint  3. ☐ Warrant  5. ☐ Protection Order  2. ☐ On View  4. ☐ Summons  6. ☐ Other |
|---|---|---|

## PROPERTY

| Property Status | 1 None 2 Burned | 3 Counterfeited/Forged 4 Destroyed/Damaged/Vandalized | 5 Stolen/Lost 6 Seized | 7 Recovered I Involved | E Evidence ED Digital Evidence | Total Items 1 | Total Value 0.00 |
|---|---|---|---|---|---|---|---|

| No. | *Prop. Status | Quantity | Description | | | | Value |
|---|---|---|---|---|---|---|---|
| 1 | 4 | 1 | OTHER PROPERTY four BB holes in the front porch windows | | | | |

| Make/Brand | Model | Value Recovered | Date Recovered | From Veh. No. |
|---|---|---|---|---|
| | | | | |

| Owner |
|---|
| HUTCHINSON, RICHARD PATRICK |

| | Serial Number | NCIC Number | Other Number | |
|---|---|---|---|---|
| | | | | |

## NARRATIVE

This unit was sent to a criminal damage at listed location. Witness stated that she heard what she thought were shots fired between 2145 and 2200 the previous night. Witness stated that she waited a few minutes and then she looked out but did not see anything or anyone. Pro stated that this date/time he observed the damage to the listed auto and then discovered the front porch windows were damaged. Listed officer, Moore, did see a silver BB in between the window panes in the front porch window. Both Pro and Victim #2 were advised as to follow up. There are no suspect(s) at this date/time. Commo stated that there were no calls of shots fired at the time of the incident.